United States District Court
Southern District of Texas
**ENTERED**
August 04, 2023
Nathan Ochsner, Clerk

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| Christa Leeann McKee, | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | Civil Action No. H-22-1332 |
| | § | |
| Kilolo Kijakazi | § | |
| Acting Commissioner of the | § | |
| Social Security Administration, | § | |
| *Defendant.* | § | |

## ORDER OF ADOPTION

On July 20, 2023, Magistrate Judge Peter Bray recommended that the court deny Plaintiff's motion for summary judgment, grant Defendant's motion for summary judgment, and dismiss the case with prejudice. (D.E. 15.) No objections were filed.

After due consideration of the entire record and the applicable law, the court hereby ADOPTS the Memorandum and Recommendation as this court's opinion. The court will issue a separate final judgment.

Signed at Houston, Texas, on August __4__, 2023.

DAVID HITTNER
UNITED STATES DISTRICT JUDGE